DAVID S. PULTZ et al., Appellants, v CATHERINE ECONOMAKIS et al., Respondents.

Submitted September 4, 2007; decided October 23, 2007

Reported below, 40 AD3d 24.

Motion by the City-wide Task Force on Housing Court et al. for leave to file an affirmation amici curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

In the Matter of STEEL LOS III/GOYA FOODS, INC., Respondent, v BOARD OF ASSESSORS OF COUNTY OF NASSAU et al., Appellants, and BETHPAGE UNION FREE SCHOOL DISTRICT, Intervenor-Respondent. (Matter No. 1.)

BETHPAGE UNION FREE SCHOOL DISTRICT et al., Respondents, v NASSAU COUNTY et al., Appellants, and GOYA FOODS, INC., Respondent. (Matter No. 2.)

Submitted October 1, 2007; decided October 23, 2007

Reported below, 35 AD3d 482.

Motion by Port Washington Union Free School District for leave to appear amicus curiae on the appeal herein denied.

In the Matter of ABRAHAM STERN, Respondent, v REBECCA STERN, Appellant.

Submitted August 13, 2007; decided October 23, 2007

Reported below, 40 AD3d 1108.

Motion by the New York Legal Assistance Group for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.